IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
In Admiralty
CIVIL ACTION NO. 4:12-CV-39-FL

BRANCH BANKING AND TRUST )
COMPANY, )
       Plaintiff, )
)
v. )
) **ENTRY OF DEFAULT**
The Vessel, MAGGIE, Official Number: )
1205274, her engines, tackle, electronics and )
apparel, etc., in rem and Calvert R. Bryant, Jr. )
and Calvert R. Bryant, III, and Maggie )
Sportfishing, LLC; )
       Defendants, )

THAT WHEREAS, it has been made to appear to the undersigned Clerk of the United States District Court for the Eastern District of North Carolina, upon Affidavit that Notice has been given as required in Local Rule C(2) (formerly Local Rule 204.00) (EDNC) and Notice has been given as required in Local Rule C(3) (formerly Local Rule 210.00) (EDNC) and that the time within which to file a claim to said vessel or within which to plead or otherwise move has not been extended;

AND, that the in rem Defendant is otherwise subject to Entry of Default as provided by Rule 55(a) of the Federal Rules of Civil Procedure and Local Rule C(4) (formerly Local Civil Rule 211.00) (EDNC).

NOW, THEREFORE, Entry of Default is hereby entered against the Vessel MAGGIE, and any and all persons or entities claiming an interest in said vessel.

This the 30th day of July, 2012.

                                                                             Julie A. Richards
                                                                             Clerk, U.S. District Court
                                                                             Eastern District of North Carolina