IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
In Admiralty
CIVIL ACTION NO. 4:12-CV-39-FL

| | |
|---|---|
| BRANCH BANKING AND TRUST COMPANY, )<br>Plaintiff, )<br>)<br>v. )<br>)<br>The Vessel, MAGGIE, Official Number: )<br>1205274, her engines, tackle, electronics and )<br>apparel, etc., <u>in rem</u> and Calvert R. Bryant, Jr. )<br>and Calvert R. Bryant, III, and Maggie )<br>Sportfishing, LLC; )<br>Defendants, ) | **ORDER CONFIRMING SALE** |

This cause coming on to be heard on the Motion of the plaintiff for confirmation of the sale of the vessel MAGGIE, official number 1205274, her engine, tackle, electronics, apparel, etc., in rem;

And, it appearing from the Motion of the plaintiff and the Marshal's Report of Sale that said vessel was sold at the time and place as advertised for the sum of $255,000.00, which was the highest bid offered at said sale, the bidder being Bob Bleecker;

And, the Court being satisfied in all respects that the aforesaid sale was regularly and fairly conducted;

NOW, THEREFORE, it is hereby ORDERED, ADJUDGED AND DECREED that the sale of the oil screw or vessel MAGGIE, official number 1205274, by the United States Marshal, on the 19th day of October, 2012 to Bob Bleecker, and the same is hereby proved and confirmed in all respects.

It is further ORDERED that a proper and legal conveyance of the oil screw or vessel MAGGIE, her engine, tackle, apparel, etc. be made and executed and delivered by the United States Marshal to Bob Bleecker.

It is further ORDERED that upon the payment of any sum due the United States Marshal incidental to this action, that the balance of the proceeds of said sale be delivered to this Court to be placed in an interest bearing account pending further orders of this Court.

DONE AND ORDERED this 30th day of October, 2012.

_____
The Honorable Louise W. Flanagan,
U. S. District Judge