UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

| | |
|---|---|
| BRANCH BANKING AND TRUST COMPANY, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) **JUDGMENT** ) |
| THE VESSEL MAGGIE, OFFICIAL NUMBER 1205274, her engines, tackle, electronics and apparel, etc., in rem; CALVERT R. BRYANT, JR.; CALVERT R. BRYANT, III; and, MAGGIE SPORTFISHING, LLC., | ) No. 4:12-CV-39-FL ) ) ) ) ) ) ) |
| Defendants. | ) |

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for consideration of Plaintiff's Motion for Summary Judgment.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered November 6, 2012, and for the reasons more particularly stated therein, that Plaintiff's Motion for Summary Judgment is granted in that all liens against the vessel MAGGIE, Official Number 1205274 in existence prior to its sale on October 19, 2012 are terminated and Bob Bleecker purchased the vessel free and clear of all liens and encumbrances.

**This Judgment Filed and Entered on November 8, 2012, and Copies To:**

Stevenson L .Weeks (via CM/ECF Notice of Electronic Filing)
Claud R. Wheatly, III (via CM/ECF Notice of Electronic Filing)

November 8, 2012         JULIE A. RICHARDS, CLERK
                          /s/ Christa N. Baker
                         (By) Christa N. Baker, Deputy Clerk